FILED

10/23/2024

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 24-0130

IN THE SUPREME COURT OF THE STATE OF MONTANA

DA 24-0130

_____

In Re the Parenting of F.L.F.L.K.,

CHRISTOPHER J. LAMM,

      Petitioner and Appellant,

and

                                        O R D E R

AMANDA R. KINNEY-ANDERSON,

      Respondent and Appellee.

_____

Pursuant to the Internal Operating Rules of this Court, this cause is classified for submission on briefs to a five-justice panel of this Court.

The Clerk is directed to provide a copy hereof to Christopher Lamm, Amanda Kinney-Anderson, and to the Honorable David Cybulski, District Judge.

For the Court,